UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,

                                              <u>ORDER</u>

                                              04-CR-6130L

                v.

ZECHARIAH BURNETT,

                Defendant.
_____

       An amended petition alleging a violation of Burnett's supervised release is pending before this Court. Issues arose among the United States Attorney's Office, the United States Probation Office and the defendant concerning some of the conditions of release, pending the instant violation. After discussion among the parties, an agreement was reached concerning some of those issues and that was presented to the Court on June 4, 2009.

       This agreement was memorialized in emails between the parties and those three pages are incorporated here as Exhibit A. The Court orders defendant released on condition that he comply with all of the terms set forth in the attached Exhibit A.

       IT IS SO ORDERED.

                                            _____
                                                DAVID G. LARIMER
                                               United States District Judge

Dated: Rochester, New York
       June 8, 2009.